UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Ronald Bourdon

    v.                                            Case No. 19-cv-258-JL

Northern NH Correctional Facility, Warden

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated January 8, 2021. Additionally, finding that the petitioner has failed to make substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability. See 28 U.S.C. § 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

**SO ORDERED.**

                                                                Joseph N. Laplante
                                                                 United States District Judge

Date: March 25, 2021

cc:   Ronald Bourdon, pro se